# EXHIBIT B

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| Brave | BRAVE | 4,764,768 | June 30, 2015 | 025 |
| Brave | BRAVE | 4,764,766 | June 30, 2015 | 041 |
| Castle | (castle design) | 4,006,387 | Aug. 2, 2011 | 009 |
| CHIP AND DALE | CHIP AND DALE | 3,900,892 | Jan. 4, 2011 | 016, 020, 021, 025, 028 |
| CINDERELLA | CINDERELLA | 1,964,330 | Mar. 26, 1996 | 025 |
| DISNEY | DISNEY | 2,888,282 | Sept. 28, 2004 | 009 |
| DISNEY | DISNEY | 3,088,198 | May 2, 2006 | 025 |
| DISNEY | DISNEY | 4,208,634 | Sept. 18, 2012 | 026 |
| Disney | Disney COLLECTION | 5,312,434 | Oct. 17, 2017 | 025 |

**PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| DISNEY | DISNEY | 3,340,426 | Nov. 20, 2007 | 025 |
| DISNEY DREAM | DISNEY DREAM | 3,948,323 | Apr. 19, 2011 | 041 |
| DISNEY DREAM | DISNEY DREAM | 3,948,324 | Apr. 19, 2011 | 039 |
| DISNEY DREAM | DISNEY DREAM | 3,951,384 | Apr. 26, 2011 | 043 |
| DISNEY FROZEN | DISNEY FROZEN | 5,693,668 | Mar. 5, 2019 | 025 |
| DISNEY MOANA | DISNEY MOANA | 5,311,712 | Oct. 17, 2017 | 041 |
| Disney Pixar Incredibles 2 | Disney PIXAR INCREDIBLES 2 | 5,619,254 | Nov. 27, 2018 | 025 |
| DISNEY PRINCESS | DISNEY PRINCESS | 3,506,495 | Sept. 23, 2008 | 025 |
| DISNEY RESORTS | DISNEY RESORTS | 4,495,509 | Mar. 11, 2014 | 003 |
| DISNEY SPRINGS | DISNEY SPRINGS | 5,060,045 | Oct. 11, 2016 | 041 |
| DISNEY SPRINGS | DISNEY SPRINGS | 5,073,782 | Nov. 1, 2016 | 035 |
| DISNEY'S ANIMAL KINGDOM | DISNEY'S ANIMAL KINGDOM | 2,189,638 | Sept. 15, 1998 | 041 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| DISNEY'S BEAUTY AND THE BEAST | DISNEY'S BEAUTY AND THE BEAST | 2,870,954 | Aug. 10, 2004 | 025 |
| DISNEY'S HOLLYWOOD STUDIOS | DISNEY'S HOLLYWOOD STUDIOS | 3,667,223 | Aug. 11, 2009 | 041 |
| DISNEY'S RETURN TO NEVERLAND | DISNEY'S RETURN TO NEVERLAND | 2,923,690 | Feb. 1, 2005 | 016 |
| Disneyland | *Disneyland* | 0,857,667 | Sept. 24, 1968 | 041 |
| DISNEYLAND | DISNEYLAND | 3,415,502 | Apr. 22, 2008 | 025 |
| DONALD DUCK | DONALD DUCK | 2,949,699 | May 10, 2005 | 025 |
| EPCOT | EPCOT | 3,290,612 | Sept. 11, 2007 | 041 |
| FASTPASS | FASTPASS | 2,402,898 | Nov. 7, 2000 | 041 |
| FINDING DORY | FINDING DORY | 5,086,905 | Nov. 22, 2016 | 025 |
| FINDING DORY | FINDING DORY | 5,301,701 | Oct. 3, 2017 | 041 |
| Finding Nemo | FINDING NEMO | 3,418,785 | Apr. 29, 2008 | 041 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| Goofy | | 2,721,608 | June 3, 2003 | 009, 016, 018, 020, 021, 025, 028 |
| HAUNTED MANSION | **HAUNTED MANSION** | 3,142,876 | Sept. 12, 2006 | 041 |
| INSIDE OUT | INSIDE OUT | 5,915,037 | Nov. 19, 2019 | 025 |
| INSIDE OUT | INSIDE OUT | 5,232,808 | June 27, 2017 | 041 |
| JUNGLE CRUISE | **JUNGLE CRUISE** | 2,969,996 | July 19. 2005 | 41 |
| JUNGLE CRUISE | JUNGLE CRUISE | 6,548,585 | Nov. 2, 2021 | 041 |
| JUNGLE CRUISE | JUNGLE CRUISE | 6,725,223 | May 24, 2022 | 025 |
| LILO AND STITCH | LILO AND STITCH | 2,821,509 | Mar. 9, 2004 | 025 |
| MAGIC KINGDOM | MAGIC KINGDOM | 1,072,396 | Aug. 30, 1977 | 041 |
| MAIN STREET U.S.A. | MAIN STREET, U.S.A. | 0,899,439 | Sept. 22, 1970 | 041 |
| MICKEY MOUSE | MICKEY MOUSE | 3,036,883 | Dec. 27, 2005 | 041 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| MICKEY MOUSE | MICKEY MOUSE | 3,308,015 | Oct. 9, 2007 | 041 |
| MICKEY MOUSE | MICKEY MOUSE | 0,247,156 | Sept. 18, 1928 | 009 |
| MICKEY MOUSE | MICKEY MOUSE | 3,011,935 | Nov. 1, 2005 | 025 |
| Mickey Mouse | | 2,704,887 | Apr. 8, 2003 | 016, 018, 020, 021, 024, 025, 028 |
| Mickey Mouse | | 5,464,657 | May 8, 2018 | 041 |
| MINNIE MOUSE | MINNIE MOUSE | 4,112,058 | Mar. 13, 2012 | 041 |
| MINNIE MOUSE | MINNIE MOUSE | 3,767,850 | Mar. 30, 2010 | 025, 028 |
| Minnie Mouse | | 5,027,915 | Aug. 23, 2016 | 028 |

Ex. B – Plaintiffs' Trademark Index

**Plaintiff DEI Trademark Properties [cont'd.]**

| Mark | Design | Trademark Reg. No. | Date of Issuance | Class |
|---|---|---|---|---|
| Minnie Mouse | | 5,027,810 | Aug. 23, 2016 | 016 |
| MINNIE MOUSE | MINNIE MOUSE | 3,588,872 | Mar. 10, 2009 | 014, 018, 020, 021, 024 |
| Mouse Ear | | 2,784,058 | Nov. 18, 2003 | 025 |
| Mouse Ear | | 5,670,367 | Feb. 5, 2019 | 014 |
| Oswald the Lucky Rabbit | | 5,317,926 | Oct. 24, 2017 | 025 |
| PIRATES OF THE CARIBBEAN | PIRATES OF THE CARIBBEAN | 3,428,446 | May 13, 2008 | 025 |
| PIRATES OF THE CARIBBEAN | PIRATES OF THE CARIBBEAN | 3,532,604 | Nov. 11, 2008 | 041 |
| PLUTO | PLUTO | 4,309,514 | Mar. 26, 2013 | 025 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| Pluto | | 2,707,323 | Apr. 15, 2003 | 016, 018, 021, 024, 025, 028 |
| SPACE MOUNTAIN | SPACE MOUNTAIN | 1,102,369 | Sept. 12, 1978 | 041 |
| THE DISNEY CHANNEL | THE DISNEY CHANNEL | 1,343,334 | June 18, 1985 | 038 |
| THE JUNGLE BOOK | THE JUNGLE BOOK | 5,932,232 | Dec. 10, 2019 | 025 |
| THE JUNGLE BOOK | THE JUNGLE BOOK | 5,932,233 | Dec. 10, 2019 | 041 |
| THE LION KING | THE LION KING | 1,940,193 | Dec. 5, 1995 | 025 |
| THE LITTLE MERMAID | THE LITTLE MERMAID | 4,119,509 | Mar. 27, 2012 | 041 |
| Tinker Bell | | 3,370,950 | Jan. 15, 2008 | 025 |
| TINKER BELL | TINKER BELL | 3,493,124 | Aug. 26, 2008 | 025 |
| TINKER BELL | TINKER BELL | 4,023,555 | Sept. 6, 2011 | 041 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| TOY STORY | TOY STORY | 3,971,114 | May 31, 2011 | 041 |
| TURNING RED | TURNING RED | 6,810,470 | Aug. 2, 2022 | 025 |
| TWEEDLEDUM AND TWEEDLEDEE | TWEEDLEDUM AND TWEEDLEDEE | 4,972,769 | June 7, 2016 | 025 |
| UP | (UP design) | 3,738,165 | Jan. 12, 2010 | 041 |
| UP | (UP design) | 3,738,168 | Jan. 12, 2010 | 025 |
| WALT DISNEY | WALT DISNEY | 4,006,400 | Aug. 2, 2011 | 041 |
| WALT DISNEY WORLD | WALT DISNEY WORLD | 0,980,955 | Mar. 26, 1974 | 016, 025, 039, 041, 042 |
| Walt Disney's Alice in Wonderland | (Walt Disney's Alice in Wonderland design) | 2,895,968 | Oct. 19, 2004 | 009, 014, 016, 018, 021, 024, 025, 028 |

Ex. B – Plaintiffs' Trademark Index

**Plaintiff DEI Trademark Properties [cont'd.]**

| Mark | Design | Trademark Reg. No. | Date of Issuance | Class |
|---|---|---|---|---|
| Walt Disney's Bambi | | 2,889,386 | Sept. 28, 2004 | 009, 014, 016, 018, 021, 024, 025, 028 |
| Walt Disney's Cinderella | | 3,057,988 | Feb. 7, 2006 | 009, 014, 016, 018, 021, 024, 025, 028 |
| Walt Disney's Dumbo | | 2,895,969 | Oct. 19, 2004 | 009, 014, 016, 018, 021, 024, 025, 028 |
| Walt Disney's Peter Pan | | 2,895,967 | Oct. 19, 2004 | 009, 014, 016, 018, 021, 024, 025, 028 |
| Walt Disney's Snow White and the Seven Dwarfs | | 2,891,463 | Oct. 5, 2004 | 003, 009, 014, 016, 018, 021, 024, 025, 028 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF DEI TRADEMARK PROPERTIES [CONT'D.]**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| Walt Disney's Sleeping Beauty | Walt Disney's Sleeping Beauty | 2,895,966 | Oct. 19, 2004 | 009, 014, 016, 018, 021, 028 |
| WINNIE THE POOH | WINNIE THE POOH | 5,932,484 | Dec. 10, 2019 | 025 |
| WINNIE THE POOH | **WINNIE THE POOH** | 3,344,934 | Nov. 27, 2007 | 041 |
| ZOOTOPIA | ZOOTOPIA | 4,961,690 | May 17, 2016 | 025 |
| ZOOTOPIA | ZOOTOPIA | 5,043,023 | Sept. 13, 2016 | 041 |

**EX. B – PLAINTIFFS' TRADEMARK INDEX**

**PLAINTIFF LUCASFILM TRADEMARK PROPERTIES**

| MARK | DESIGN | TRADEMARK REG. NO. | DATE OF ISSUANCE | CLASS |
|---|---|---|---|---|
| Darth Vader | *(figure)* | 3,443,878 | June 10, 2008 | 025, 028 |
| Darth Vader | *(figure)* | 3,646,330 | June 30, 2009 | 025, 028 |
| Darth Vader | *(helmet)* | 3,443,879 | June 10, 2008 | 025, 028 |
| Darth Vader | *(helmet)* | 3,646,331 | June 30, 2009 | 025, 028 |
| MAY THE 4TH BE WITH YOU | MAY THE 4TH BE WITH YOU | 5,087,060 | Nov. 22, 2016 | 025 |
| Star Wars | STAR WARS | 3,503,765 | Sept. 23, 2008 | 016, 025, 041 |
| Yoda | YODA | 3,716,938 | Nov. 24, 2009 | 016, 025 |