# EXHIBIT D

# EXHIBIT D-1
# SECRETDISNEYGROUP.COM

Ex. D–1: Secretdisneygroup.com



**EX. D–1: SECRETDISNEYGROUP.COM [CONT'D.]**



EX. D–1: SECRETDISNEYGROUP.COM [CONT'D.]



**Ex. D–1: Secretdisneygroup.com [cont'd.]**



**Ex. D–1: Secretdisneygroup.com [cont'd.]**



**Ex. D–1: Secretdisneygroup.com [cont'd.]**



]

Ex. D–1: Secretdisneygroup.com [cont'd.]



**Ex. D–1: Secretdisneygroup.com [Cont'd.]**



EX. D–1: SECRETDISNEYGROUP.COM [CONT'D.]



# EXHIBIT D-2
# SPARKLINGDREAMERS.COM

Ex. D – 2: Sparklingdreamers.com



Ex. D – 2: Sparklingdreamers.com [cont'd.]



# EXHIBIT D-3
# SPARKLINGMEMBERS.COM

Ex. D – 3: Sᴘᴀʀᴋʟɪɴɢᴍᴇᴍʙᴇʀs.ᴄᴏᴍ



## Ex. D – 3: Sparklingmembers.com [cont'd.]



**Ex. D – 3: Sparklingmembers.com [cont'd.]**



## SPARKLING MEMBERS



### Scottish princess 🐻

**$56.99**

FREE SHIPPING

☆☆☆☆☆ Write a review

Quantity

1

**ADD TO CART**



Ex. D-3, Page 3 of 16

**Ex. D – 3: Sparklingmembers.com [cont'd.]**







**dark blue Anna roses**

$31.99

FREE SHIPPING

★★★★★ 1 Review

Quantity

1

**ADD TO CART**

♦♦♦ ALLOW UP TO 20 days to ship Out and another 5- 6 DAYS to get ONCE USPS GETS .♦♦♦♦ PS: this time frame is to make sure we have time to send all out, the wait time can be some times



**beauty - blue bow**

$61.99

FREE SHIPPING

☆☆☆☆☆ Write a review

Only 3 left!

Quantity

1

**ADD TO CART**

 This ear are made by plastic gems and velvet.Comfortable headband. Stitched together. 3oz weigh. . ♦♦♦ ALLOW UP TO 20 days to ship Out

Ex. D-3, Page 4 of 16

**Ex. D – 3: Sparklingmembers.com [cont'd.]**



**Ex. D – 3: Sparklingmembers.com [cont'd.]**



Ex. D – 3: Sparklingmembers.com [cont'd.]



Ex. D – 3: Sparklingmembers.com [cont'd.]





**Ex. D – 3: Sparklingmembers.com [cont'd.]**



Ex. D – 3: Sparklingmembers.com [cont'd.]



## Ex. D – 3: Sparklingmembers.com [cont'd.]









**Ex. D – 3: Sparklingmembers.com [cont'd.]**





Ex. D-3, Page 13 of 16

**Ex. D – 3: Sparklingmembers.com [cont'd.]**



## Ex. D – 3: Sparklingmembers.com [cont'd.]









### Ex. D – 3: Sparklingmembers.com [cont'd.]





# EXHIBIT D-4
# Popsella.com

Ex. D – 4: Popsella.com





**Ex. D – 4: Popsella.com [cont'd.]**



**Ex. D – 4: Popsella.com [cont'd.]**



## Ex. D – 4: Popsella.com [cont'd.]



Ex. D – 4: Popsella.com [cont'd.]





<u>Ex. D – 4: Popsella.com [cont'd.]</u>





Ex. D – 4: Popsella.com [cont'd.]





### Ex. D – 4: Popsella.com [cont'd.]



### Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





## Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





Ex. D – 4: Popsella.com [cont'd.]





## Ex. D – 4: Popsella.com [cont'd.]

