# EXHIBIT M

# EXHIBIT M-1
## FACEBOOK.COM

## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin





<u>Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]</u>





Ex. M-1, Page 2 of 129

<u>Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]</u>





Ex. M-1, Page 3 of 129

**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]**



<u>Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]</u>



Ex. M-1, Page 5 of 129

Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]



**Lisa Michelle Slagle**
May 10 · 🌐

Spent Mother's Day at Epcot and Disney Springs showing off our new Ears!!! Love them!!!



**Carmen Bernadette Hopper**
May 20 · 🌐

Best ears ever - Even Joy loved them...

<u>Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]</u>



Ex. M-1, Page 7 of 129

### Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**





## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]



Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]



EX. M-1: FACEBOOK – THE SECRET DISNEY GROUP BY CHRIS MARTIN [CONT'D.]



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]**



### Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]**



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**



### Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]



## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]



Ex. M-1, Page 19 of 129

## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]



Ex. M-1, Page 20 of 129

## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]



Ex. M-1, Page 21 of 129

**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**



Ex. M-1, Page 22 of 129

## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]



Ex. M-1, Page 23 of 129

**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**



**Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [cont'd.]**



## Ex. M-1: Facebook – The Secret Disney Group by Chris Martin [Cont'd.]



**Ex. M-1: Facebook – Sparkling Members Group**



**Ex. M-1: Facebook – Sparkling Members Group [cont'd.]**



**EX. M-1: FACEBOOK – SPARKLING MEMBERS GROUP {CONT'D.]**



Ex. M-1: Facebook – Sparkling Members Group [cont'd.]



**Ex. M-1: F**ACEBOOK **– S**PARKLING **M**EMBERS **G**ROUP **[**CONT'D.**]**





Ex. M-1, Page 32 of 129

**Ex. M-1: Facebook – Sparkling Members Group [cont'd.]**



**Ex. M-1: Facebook – Sparkling Members Group [cont'd.]**



**EX. M-1: FACEBOOK – SPARKLING MEMBERS GROUP [CONT'D.]**



Ex. M-1: Facebook: Sparkling Dreamers Ears Group





**Ex. M-1: Facebook: The Secret Theme Park Group with Chris & Hannah Martin**





## Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]





Ex. M-1, Page 38 of 129

## Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]





Ex. M-1, Page 39 of 129

**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [Cont'd.]**





Ex. M-1, Page 40 of 129

**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [Cont'd.]**





**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**



**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**





**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**





Ex. M-1, Page 44 of 129

**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**





Ex. M-1, Page 45 of 129

**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin**
**[Cont'd.]**





**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**



**Ex. M-1: Facebook- The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**



**Ex. M-1: Facebook - Orlando Theme parks & Beyond Group**



**Ex. M-1: Facebook – Orlando Theme Parks & Beyond Group [cont'd.]**



**Ex. M-1: Facebook – Orlando Theme Parks & Beyond Group [cont'd.]**



EX. M-1: FACEBOOK – ORLANDO THEME PARKS & BEYOND GROUP [CONT'D.]



### Ex. M-1: Facebook – The Secret Theme Park Group



Ex. M-1: Facebook –The Secret Theme Park Group [cont'd.]



EX. M-1: FACEBOOK –THE SECRET THEME PARK GROUP [CONT'D.]



## Ex. M-1: Facebook –The Secret Theme Park Group [cont'd.]



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



<u>Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]</u>



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



## Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]**



## Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



## Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



## Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]



**Ex. M-1: Facebook – The Secret Theme Park Group [Cont'd.]**



**Ex. M-1: Facebook – The Secret Theme Park Group [cont'd.]**



Ex. M-1: Facebook – Popsella Group



**Ex. M-1: Facebook – Popsella Group [cont'd.]**



<u>**Ex. M-1: Facebook – Popsella Group [Cont'd.]**</u>





## Ex. M-1: Facebook – Popsella Group [Cont'd.]



## Ex. M-1: Facebook – Popsella Group [Cont'd.]



### Ex. M-1: Facebook – Hannah Martin Account



**Ex. M-1: Facebook – Hannah Martin Account [Cont'd.]**





## Ex. M-1: Facebook – Hannah Martin Account [cont'd.]





Ex. M-1, Page 109 of 129

**Ex. M-1: Facebook – Hannah Martin Account [Cont'd.]**





### Ex. M-1: Facebook – Hannah Martin Account [cont'd.]





## Ex. M-1: Facebook – Christopher Martin Account



**Ex. M-1: Facebook – Christopher Martin Account [Cont'd.]**





**Ex. M-1: Facebook – Christopher Martin Account [Cont'd.]**





Ex. M-1, Page 114 of 129

Ex. M-1: Facebook – Christopher Martin Account [Cont'd.]



**Ex. M-1: Facebook – Christopher Martin Account [Cont'd.]**





**Ex. M-1: Facebook – Christopher Martin Account [cont'd.]**





Ex. M-1: Facebook – Christopher Martin Account [cont'd.]



**Ex. M-1: Facebook – Christopher Martin Account [cont'd.]**



Ex. M-1: Facebook – Christopher Martin Account [cont'd.]



**Ex. M-1: Facebook – Christopher Martin Account [cont'd.]**



Ex. M-1: Facebook – Christopher Martin Account [cont'd.]



Ex. M-1: Facebook – Christopher Martin Account [cont'd.]



**Ex. M-1: Facebook – Christopher Martin Account [cont'd.]**





Ex. M-1: Facebook – Christopher Martin Account [Cont'd.]



## Ex. M-1: Facebook – Christopher Martin Account [cont'd.]





## Ex. M-1: Facebook – Christopher Martin Account [cont'd.]





**Ex. M-1: Facebook – Christopher Martin Account [Cont'd.]**



# EXHIBIT M-2
# INSTAGRAM.COM

Ex. M-2: Instagram - TheSecretDisneyGroup



Ex. M-2, Page 1 of 12

**Ex. M-2: Instagram – TheSecretDisneyGroup [cont'd.]**





**Ex. M-2: Instagram – The Secret Disney Group [Cont'd.]**





Ex. M-2, Page 3 of 12

Ex. M-2: Instagram – TheSecretDisneyGroup [cont'd.]





**Ex. M-2: Instagram – TheSecretDisneyGroup [cont'd.]**



Ex. M-2: Instagram - SparklingMembers





**Ex. M-2: Instagram - HeyHannahMartin**



**Ex. M-2: Instagram – HeyHannahMartin [cont'd.]**



Ex. M-2, Page 8 of 12

**Ex. M-2: Instagram – HeyHannahMartin [cont'd.]**



Ex. M-2, Page 9 of 12

**Ex. M-2: Instagram – HeyHannahMartin [cont'd.]**



## Ex. M-2: Instagram – HeyHannahMartin [cont'd.]



## Ex. M-2: Instagram – HeyHannahMartin [cont'd.]



# EXHIBIT M-3
# TikTok.com

Ex. M-3: TikTok – HeyHannahMartin0



**Ex. M-3: TikTok – HeyHannahMartin0 [cont'd.]**



Ex. M-3: TikTok – HeyHannahMartin0 [cont'd.]



**Ex. M-3: TikTok - ChrisLovesDisney**



# EXHIBIT M-4
## YOUTUBE.COM

Ex. M-4: YouTube – Hannah Martin





Ex. M-4, Page 1 of 2

Ex. M-4: YouTube – Hannah Martin [Cont'd.]



