# EXHIBIT Q

# EXHIBIT Q-1
## FACEBOOK.COM

## Ex. Q-1: Facebook – Sparkling Members Group



**Ex. Q-1: Facebook – Sparkling Members Group [cont'd.]**



**Ex. Q-1: Facebook – Sparkling Members Group [cont'd].**



## Ex. Q-1: Facebook – Sparkling Members Group [cont'd.]



EX. Q-1: FACEBOOK – SPARKLING MEMBERS GROUP [CONT'D.]



Ex. Q-1: FACEBOOK – SPARKLING MEMBERS GROUP [CONT'D.]



### Ex. Q-1: Facebook – Sparkling Members Group [cont'd.]





## Ex. Q-1: Facebook – Sparkling Dreamers Ears Group





Ex. Q-1: Facebook – Sparkling Dreamers Ears Group [cont'd.]



**Ex. Q-1: Facebook – The Secret Theme Park Group with Chris & Hannah Martin**



**Ex. Q-1: Facebook – The Secret Theme Park Group with Chris & Hannah Martin [cont'd.]**



## Ex. Q-1: Facebook – Christopher Martin Account



## Ex. Q-1: Facebook – Christopher Martin Account [cont'd.]



# EXHIBIT Q-2
# Etsy.com

Ex. Q-2: Etsy - TheSecretDisneyGroup



# EXHIBIT Q-3

## EBAY.COM

Ex. Q-3: EBAY.COM – MAGIC-4-LESS

