UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
**ORLANDO DIVISION**

| | |
|---|---|
| DISNEY ENTERPRISES, INC., LUCASFILM LTD. LLC, and LUCASFILM ENTERTAINMENT COMPANY LTD. LLC,<br><br>*Plaintiffs,*<br><br>-against-<br><br>THE SECRET DIS GROUP LLC a/k/a THE SECRET DISNEY GROUP a/k/a SPARKLING DREAMERS a/k/a SPARKLING MEMBERS, POPSELLA INC. a/k/a POPSELLA MARKETPLACE, CHRISTOPHER B. MARTIN, and HANNAH MARTIN a/k/a HANNAH FERREIRA a/k/a HANNAH VIEIRA,<br><br>*Defendants.* | Case No.: 6:22-cv-02417-RBD-LHP |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

<u>Not Applicable. In accordance with Local Rule 1.07(c), I certify that the instant action is not related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.</u>

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:   January 11, 2023

/s/ Kimberly A. Harchuck
Michael W. O. Holihan, Esq.
Florida Bar No.: 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd., Ste 275
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Counsel for Plaintiffs