# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,
LUCASFILM LTD. LLC and
LUCASFILM ENTERTAINMENT
COMPANY LTD. LLC,

    Plaintiffs,

v.                                    Case No:   6:22-cv-2417-RBD-LHP

THE SECRET DIS GROUP LLC,
POPSELLA INC., CHRISTOPHER B.
MARTIN and HANNAH MARTIN,

    Defendants.

## ORDER

On January 3, 2023, the Court issued its standard Initial Order. (Doc. 5). Among other things, the Order directed each party to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the order or the date of first appearance. (Doc. 5, p. 1-2.) The Defendants have yet to submit the filing, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **May 5, 2023,** the Defendants are **DIRECTED** to file a Certificate of Interested Persons and Corporate Disclosure Statement to comply with the Court's Order (Doc. 5).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 25, 2023.



ROY B. DALTON JR.
United States District Judge