UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 22-CV-02417-RBD-LHP

DISNEY ENTERPRISES, INC.,
LUCASFILM LTD. LLC, and
LUCASFILM ENTERTAINMENT
COMPANY LTD. LLC,

    Plaintiffs,

v.

THE SECRET DIS GROUP, LLC
a/k/a THE SECRET DISNEY
GROUP a/k/a SPARKLING
DREAMERS a/k/a SPARKLING
MEMBERS, POPSELLA INC. a/k/a
POPSELLA MARKETPLACE,
CHRISTOPHER B. MARTIN, and
HANNAH MARTIN a/k/a
HANNAH FERREIRA a/k/a
HANNAH VIEIRA,

    Defendants.
_____/

## AMENDED DEFENDANTS' RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 3.05 of the Middle District of Florida, Defendants, THE SECRET DIS GROUP, LLC a/k/a THE SECRET DISNEY GROUP a/k/a SPARKLING DREAMERS a/k/a SPARKLING MEMBERS, POPSELLA

INC. a/k/a POPSELLA MARKETPLACE, CHRISTOPHER B. MARTIN, and HANNAH MARTIN a/k/a HANNAH FERREIRA a/k/a HANNAH VIEIRA (collectively "Defendants"), hereby makes the following disclosure(s):

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    Not Applicable.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.1]

    Not Applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Disney Enterprises, Inc.
    Kimberly A. Hurchuck, Esq.
    Lucasfilm Entertainment Company Ltd. LLC
    Lucas Film Ltd. LLC
    Michael W.O. Holihan, Esq.
    Michael W.O. Holihan, P.A. d/b/a Holihan Law

---

1 See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

The Walt Disney Company, a publicly held company, many have an interest in the outcome of this case, as Plaintiffs are indirect, wholly-owned subsidiaries of the Walt Disney Company.

Richard C. Wolfe, Esq.
Wolfe Law Miami, PA.
Christopher B. Martin
Hannah Martin
   a/k/a Hannah Ferreira
   a/k/a Hannah Vieira
Popsella Inc.
   a/k/a Popsella Marketplace
The Secret Dis Group LLC
   a/k/a The Secret Disney Group
   a/k/a Sparking Dreamers
   a/k/a Sparking Members

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   Please see Defendants' response to No 3 above.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   Not Applicable.

6. Identify each person arguably eligible for restitution:

   Not Applicable.

   ☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

3

Dated this 2nd day of June, 2023.

Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Defendants The Secret Dis Group, LLC a/k/a The Secret Disney Group a/k/a Sparkling Dreamers a/k/a Sparkling Members, Popsella Inc. a/k/a Popsella Marketplace, Christopher B. Martin, And Hannah Martin a/k/a Hannah Ferreira a/k/a Hannah Vieira*

175 SW 7th Street
Penthouse Suite 2410
Miami, FL 33130
Phone:   305-384-7370
Fax:   305-384-7371

By:   /s/ Richard C. Wolfe
RICHARD C. WOLFE
Florida Bar No.:   355607
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, a true and correct copy of the foregoing has been filed with the Clerk of the Court via the CM/ECF system which will furnish a copy to counsel of record.

WOLFE LAW MIAMI, P.A.
Attorneys for Defendants
175 SW 7th Street
Penthouse Suite 2410
Miami, FL 33130
Phone:   305-384-7370
Fax:   305-384-7371

By:   s/Richard C. Wolfe

4

RICHARD C. WOLFE
Florida Bar No.:   355607
rwolfe@wolfelawmiami.com
