**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DISNEY ENTERPRISES, INC.,
LUCASFILM LTD. LLC and
LUCASFILM ENTERTAINMENT
COMPANY LTD. LLC,

      Plaintiffs,

v.                               Case No:   6:22-cv-2417-RBD-LHP

THE SECRET DIS GROUP LLC,
POPSELLA INC., CHRISTOPHER B.
MARTIN and HANNAH MARTIN,

      Defendants

---

**ORDER TO STRIKE**

Defendants have filed three documents as "motions," in the above-styled case, to include "Defendant's Request for Admissions to Plaintiff Disney Enterprises, Inc.," "Defendants' First Set of Interrogatories to Plaintiff Disney Enterprises Inc.," and "Defendants' First Set of Interrogatories to Plaintiff Disney Enterprises Inc." Doc. Nos. 44–46. These filings do not seek affirmative relief

from the Court, and were otherwise improperly filed.[1] *See* Fed. R. Civ. P. 5(d)(1)(A). Accordingly, the filings (Doc. Nos. 44–46) are **ORDERED stricken**.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The discovery also appears to be untimely. *See* Doc. No. 17, at 5 ("The parties shall serve all discovery requests sufficiently in advance of the discovery deadline so that any response will be due by the discovery deadline.").