UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., LUCASFILM LTD. LLC, and LUCASFILM ENTERTAINMENT COMPANY LTD. LLC, <br><br> *Plaintiffs,* <br><br> -against- <br><br> THE SECRET DIS GROUP LLC a/k/a THE SECRET DISNEY GROUP a/k/a SPARKLING DREAMERS a/k/a SPARKLING MEMBERS, POPSELLA INC. a/k/a POPSELLA MARKETPLACE, CHRISTOPHER B. MARTIN, and HANNAH MARTIN a/k/a HANNAH FERREIRA a/k/a HANNAH VIEIRA, <br><br> *Defendants.* | Case No.: 6:22-cv-02417-RBD-LHP |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL**

Plaintiffs, Disney Enterprises, Inc., Lucasfilm Ltd., and Lucasfilm Entertainment Company Ltd. LLC., hereby responds to Defendants, The Secret Dis Group LLC, Popsella Inc., Christopher Martin, and Hannah Martin's March 2, 2024, Motion to Compel (the "Motion").

The Motion is procedurally deficient in that it fails to comply with this Court's Standing Order on Discovery Motions [Doc. No. 19] in that the Motion "**exceed(s) 500 words**, exclusive of caption, signature block and certifications" (Id.

emphasis in original); and fails to attach the relevant discovery request (Id. ¶3). The Motion also fails to comply with the Case Management and Scheduling Order ("CMSO") [Doc. No. 17], as it seeks discovery after the March 4, 2024, discovery deadline (CMSO, pg. 3), lacks a representation as to what impact the extension would have on the "trial date and summary judgment" deadline, and fails to confirm the parties have agreed that "any evidence obtained in the extended discovery period will be unavailable for summary judgment purposes". Id. pg. 10.[1]

The Motion is also substantively deficient. When Plaintiffs informed Defendants' counsel on February 8, 2008, that they would make a corporate representative available on Wednesday, February 28, 2024, it was conditioned upon Defendants' providing their Fed. R. Civ. P. 30(b)(6) notice at least seven days prior to the noticed date so that Plaintiffs' counsel could identify and properly prepare its corporate representative. See Exhibit 1. Defendants failed to serve their deposition notice (the "Notice') until Friday, February 23, 2024. See Exhibit 2. Plaintiffs' counsel responded the next day (Saturday), informing Defendants' counsel that Notice provided insufficient time to prepare the corporate witness and was facially deficient in that failed to designate with "reasonable

---

[1] These procedural deficiencies are on brand for Defendants. See Doc. No. 32, Order Compelling Defendants' Counsel to Meet and Confer; Doc. No. 40, Order Compelling Discovery; Doc. No. 42, Order Scheduling Defendants' Depositions; and Doc. No. 47 Order Striking Defendants' untimely served discovery requests filed with the Court as Motions in violation of Fed. R. Civ. P. 5(d)(1)(A).

2

particularity" the areas of inquiry. See Exhibit 3, pg. 10, and F. R. Civ. P. 30 (b)(6). The only instruction in the Notice was for the Plaintiffs to produce a "Corporate Representative of Disney Enterprises, Inc. (With Most Knowledge of The Issues of This Case)."

Thereafter, Plaintiffs' Lead Counsel, and Defendants' non-appearing counsel engaged in an exchange of emails from February 24–27, wherein Plaintiffs explicitly informed the Defendants of the deficiencies of their deposition notice and Plaintiffs' willingness to immediately meet and confer to resolve the issues. See Exhibit 3. Defendants' ignored Plaintiffs' efforts to meet and confer and held the deposition on February 28, 2024.

It was only after the Defendants' held this pointless deposition that they contacted Plaintiffs' counsel for a meet and confer on March 1 (3 days before the discovery deadline), to support the present motion.

Consequently, Defendants' Motion is made in bad faith, fails to comply the CSMO and Standing Order in this matter, and should be summarily denied.

Dated: March 6, 2024.                    Respectfully submitted,

/s/Kimberly A. Harchuck
Kimberly A. Harchuck, Esq.
Florida Bar No.: 0064852
Michael W. O. Holihan, Esq.
Florida Bar No.: 0782165
Holihan Law

3

1101 North Lake Destiny Rd., Ste 275
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, a true and correct copy of the foregoing has been filed with the Clerk of the Court via the CM/ECF system which will furnish a copy to counsel of record.

/s/Kimberly A. Harchuck
Kimberly A. Harchuck, Esq.
Florida Bar No.: 0064852
Michael W. O. Holihan, Esq.
Florida Bar No.: 0782165
Holihan Law
1101 North Lake Destiny Rd., Ste 275
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Counsel for Plaintiffs
