# EXHIBIT 1

**Tuesday, March 5, 2024 at 14:51:45 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Disney v. Secret Dis Group, et al - Deposition of Disney Corporate Representative |
| **Date:** | Thursday, February 8, 2024 at 5:31:40 PM Eastern Standard Time |
| **From:** | Kimberly Harchuck |
| **To:** | mrwolfe@wolfelawmiami.com, rwolfe@wolfelawmiami.com |
| **CC:** | aimee@wolfelawmiami.com, Nevaeha' M. Blucher, Daniela Alarcon, Cindy Thompson, Michael Holihan |
| **Attachments:** | image001.png, Re- Disney v. Secret Dis Group, et al - Depositions.eml |

Good Afternoon All,

Pursuant to my post-meet and confer call with Mason on Jan. 31, we've confirmed that Disney's corporate representative is available to be deposed remotely on Wed., February 28.  As referenced in Mason's attached email, we let our client know that the deposition should last approximately four hours.  Taking into account the four hour length and the fact that the deponent resides on the west coast, 12:00pm EST seems like a reasonable start time, but please let me know if you had something else in mind.

Also, to ensure a productive deposition, please note that we request receipt of the depo notice and designation at least seven business days prior to February 28.

Please let me know if you need anything else in this regard.

Thank you.

--
**Kimberly A. Harchuck, Esq., LLM.**



**Holihan Law - Partner**
1101 N. Lake Destiny Rd., Suite 400
Maitland, Florida 32751
(407) 660-8575
Kimberly.Harchuck@holihanlaw.com
www.HolihanLaw.com

This electronic message transmission contains information from Holihan Law which may be privileged, confidential, and exempt from disclosure under applicable law.  The information is intended to be for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent entrusted with the responsibility of delivering the message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify us by calling (407) 660-8575 immediately and delete or destroy all copies of this transmission.