# EXHIBIT 2

Tuesday, March 5, 2024 at 14:52:05 Eastern Standard Time

**Subject:** Re: Disney v. Secret Dis Group, et al - Deposition of Disney Corporate Representative
**Date:** Friday, February 23, 2024 at 3:15:55 PM Eastern Standard Time
**From:** Mason Richard Wolfe
**To:** Kimberly Harchuck
**CC:** Richard Wolfe, Aimee Jimenez, Nevaeha' M. Blucher, Daniela Alarcon, Cindy Thompson, Michael Holihan
**Attachments:** image001.png

Kimberly,

I realized we did not send out the notice of depo. I am going to set it for 1pm on February 28th as you stated everyone was available then. I am sure it will not actually last 4 hours. My real guess would be probably 2.

-Mason

Sent from my iPhone

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 22-CV-02417-RBD-LHP**

**DISNEY ENTERPRISES, INC.,
LUCASFILM LTD. LLC, and
LUCASFILM ENTERTAINMENT
COMPANY LTD. LLC,**

      **Plaintiffs,**

v.

**THE SECRET DIS GROUP, LLC
a/k/a THE SECRET DISNEY
GROUP a/k/a SPARKLING
DREAMERS a/k/a SPARKLING
MEMBERS, POPSELLA INC. a/k/a
POPSELLA MARKETPLACE,
CHRISTOPHER B. MARTIN, and
HANNAH MARTIN a/k/a
HANNAH FERREIRA a/k/a
HANNAH VIEIRA,**

      **Defendants.**
_____/

**NOTICE OF TAKING DEPOSITION OF THE CORPORATE
REPRESENTATIVE OF PLAINTIFF DISNEY ENTERPRISES INC.**

      PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of the following individual on the date and time and place indicated:

| DEPONENT | DATE & TIME | LOCATION |
|---|---|---|
| CORPORATE REPRESENTATIVE OF DISNEY ENTERPRISES INC. (WITH MOST KNOWLEDGE OF THE ISSUES OF THIS CASE) | February 28, 2024 @ 1:00 PM | Via Remote Means (Zoom Information to be Provided by U.S. Legal Support) |

The deposition will take place upon oral exanimation before **US LEGAL REPORTING COMPANY**, or a Notary Public, or any officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use as evidence in this

cause, for use at trial, or for such other purposes as are permitted under the rules of Court, including the applicable Florida Rules of Civil Procedure.

                   Respectfully submitted,

           Respectfully submitted,

           **WOLFE LAW MIAMI, P.A.**
           *Attorneys for Defendants The Secret Dis Group, LLC a/k/a The Secret Disney Group a/k/a Sparkling Dreamers a/k/a Sparkling Members, Popsella Inc. a/k/a Popsella Marketplace, Christopher B. Martin, And Hannah Martin a/k/a Hannah Ferreira a/k/a Hannah Vieira*

           175 SW 7th Street
           Penthouse Suite 2410
           Miami, FL 33130
           Phone:  305-384-7370
           Fax:  305-384-7371

           By: ___*s/Richard C. Wolfe*_____
              RICHARD C. WOLFE
              Florida Bar No.:  355607
              rwolfe@wolfelawmiami.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail, on this 23RD day of February, 2024, upon the following:

Michael Holihan, Esq.
Kimberly Harchuck, Esq.
HOLIHAN LAW
1101 N Lake Destiny Rd., Suite 275
Maitland, FL 32751
Michael.holihan@holihanlaw.com
Kimberly.harchuck@holihanlaw.com