UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,
LUCASFILM LTD. LLC, and
LUCASFILM ENTERTAINMENT
COMPANY LTD. LLC,

    *Plaintiffs,*

-against-

THE SECRET DIS GROUP LLC a/k/a
THE SECRET DISNEY GROUP a/k/a
SPARKLING DREAMERS a/k/a
SPARKLING MEMBERS, POPSELLA INC.
a/k/a POPSELLA MARKETPLACE,
CHRISTOPHER B. MARTIN, and
HANNAH MARTIN a/k/a HANNAH
FERREIRA a/k/a HANNAH VIEIRA,

    *Defendants.*

Case No.: 6:22-cv-02417-RBD-LHP

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and Lucasfilm Entertainment Company Ltd. LLC., and Defendants, The Secret Dis Group LLC, Popsella Inc., Christopher Martin, and Hannah Martin (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby give Notice of Settlement in the matter styled as *Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and Lucasfilm Entertainment Company Ltd. LLC, vs. The Secret Dis Group LLC a/k/a The Secret Disney Group a/k/a Sparkling Dreamers a/k/a Sparkling*

*Members, Popsella Inc. a/k/a Popsella Marketplace, Christopher B. Martin, and Hannah Martin a/k/a Hannah Ferreira a/k/a Hannah Vieira,* Case Number 6:22-cv-02417-RBD-LHP.

The Parties will be filing a Settlement Agreement and Proposed Permanent Injunction and Final Judgment within the next ten (10) days.

Respectfully submitted,

| | |
|---|---|
| Date: March 7, 2024 | Date: March 7, 2024 |
| /s/Richard C. Wolfe | /s/ Kimberly A. Harchuck |
| Richard C. Wolfe | Kimberly A. Harchuck, Esq. |
| Florida Bar No. 355607 | Florida Bar No. 0064852 |
| Wolfe Law Miami, P.A. | Michael W.O. Holihan, Esq. |
| 175 S 7th Street, | Florida Bar No. 0782165 |
| Penthouse Suite 2410 | Holihan Law |
| Miami, FL 33130 | 1101 North Lake Destiny Rd., Ste. 275 |
| Phone: 305.384.7370 | Maitland, FL 32751 |
| Fax: 305.384.7371 | Phone: 407.660.8575 |
| rwolfe@wolfelawmiami.com | *michael.holihan@holihanlaw.com* |
| Counsel for Defendants | *kimberly.harchuck@holihanlaw.com* |
| | Counsel for Plaintiffs |